**Order entered June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00364-CV

**BUTLER & HOSCH, P.A., ET AL., Appellants**

**V.**

**ZOE KRIKORIAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00243**

## ORDER

We **GRANT** appellants' June 16, 2014 agreed second motion for an extension of time to file a brief. Appellants shall file their brief on or before **July 28, 2014**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE